[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10358
Non-Argument Calendar

_____

D.C. Docket No. 5:17-cr-00019–RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM STANLEY, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 19, 2019)

Before MARCUS, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Robert Harper III, appointed counsel for William Stanley, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stanley's conviction and sentence are **AFFIRMED**.